3:07CV600-WKW

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

RECEIVED 2007 JUN 28 A 10:57

| United States District Court | District **Middle** |
|---|---|
| Name (under which you were convicted): **Dean Eric Mahone** | Docket or Case No.: **3:07CV500** |
| Place of Confinement: **Bullock Correctional Facility** | Prisoner No.: **214209** |

Petitioner (include the name under which you were convicted)     Respondent (authorized person having custody of petitioner)

**Dean Eric Mahone** v. **Willie Thomas, Warden**

The Attorney General of the State of **Alabama**
**Troy King**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **Circuit Court of Russell County Alabama**

   (b) Criminal docket or case number (if you know): **CC-80-529**

2. (a) Date of the judgment of conviction (if you know): **Jan. 31, 2001**

   (b) Date of sentencing: **Feb. 20, 2001**

3. Length of sentence: **30 years**

4. In this case, were you convicted on more than one count or of more than one crime?    Yes ☐    No ☑

5. Identify all crimes of which you were convicted and sentenced in this case: **Attempted Murder**

6. (a) What was your plea? (Check one)
   - (1) Not guilty ☑
   - (2) Guilty ☐
   - (3) Nolo contendere (no contest) ☐
   - (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: **Court of Criminal Appeals, Alabama**

(b) Docket or case number (if you know): **CR-00-1053**

(c) Result: **Affirmed**

(d) Date of result (if you know): **Aug. 24, 2001**

(e) Citation to the case (if you know): _____

(f) Grounds raised: **Insufficient Evidence**

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   Yes ☐ No ☑

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Circuit Court, Russell Count, Alabama

(2) Docket or case number (if you know): CC-00-529.60

(3) Date of filing (if you know): Jan. 24, 2002

(4) Nature of the proceeding: Rule 32 Petition

(5) Grounds raised: Ineffective assistance of counsel (both) trial and appelate; the constitution of the United States of Alabama requires a new trial, or a new sentence or other relief; the sentence imposed was not authorized by law.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: Dismissed on petitioner's motion for the same.

(8) Date of result (if you know): Jul. 10, 2002

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Circuit Court, Russell County, Alabama

(2) Docket or case number (if you know): CC-00-529.61

(3) Date of filing (if you know): Aug. 12, 2002

(4) Nature of the proceeding: Rule 32 Petition

(5) Grounds raised: A. The Constitution of the United States of the State of Alabama requires a new trial, a new sentence, or other relief; B. The court was without jurisdiction to render sentence; C. The sentence imposed was

otherwise not authorized by law

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

　　　Yes ❏　No ☑

(7) Result: _____ DENIED _____

(8) Date of result (if you know): JUNE 20, 2003

(c) If you filed any third petition, application, or motion, give the same information:

　　(1) Name of court: _____
　　(2) Docket or case number (if you know): _____
　　(3) Date of filing (if you know): _____
　　(4) Nature of the proceeding: _____
　　(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

　　　Yes ❏　No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

　　(1) First petition:　　Yes ❏　No ❏
　　(2) Second petition:　Yes ☑　No ❏
　　(3) Third petition:　　Yes ❏　No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: The court was without jurisdiction to render or impose the sentence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner, was never indicted nor tried for the offense of attempted murder, for the trial court amended charge without petitioner's consent; Petitioner was charged and tried for intentional murder only." (1) count

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☐

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: Appellate attorney filed brief without ever consulting with petitioner.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☑  No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: Rule 32 Petition

   Name and location of the court where the motion or petition was filed: Circuit Court of Russell County, Alabama

   Docket or case number (if you know): CC-00-529.61

   Date of the court's decision: June 20, 2003

Result (attach a copy of the court's opinion or order, if available): **DENIED**

(3) Did you receive a hearing on your motion or petition?

    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **Court of Criminal Appeals Alabama, Montgomery.**

Docket or case number (if you know): _____

Date of the court's decision: **Sept. 19, 2003**

Result (attach a copy of the court's opinion or order, if available): **affirmed with no opinion**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: **The Alabama Supreme Court, United States District Court of Alabama Middle District.**

**GROUND TWO:** **The Constitution of the United State or of Alabama requires a new trial, a new sentence or other relief**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): **The Court erred in charging attempted murder as lesser offense of Intentional murder, for the crime complained of in the original indictment had been proven to have been completed, thus "attempt" does not exist.**

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: Appelate attorney filed brief without ever consulting with petitioner.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☑  No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: Rule 32 Petition

   Name and location of the court where the motion or petition was filed: Circuit court of Russell County, Alabama

   Docket or case number (if you know): CC-00-529.61

   Date of the court's decision: June 20, 2003

   Result (attach a copy of the court's opinion or order, if available): Denied

   (3) Did you receive a hearing on your motion or petition?

   Yes ☐  No ☑

   (4) Did you appeal from the denial of your motion or petition?

   Yes ☑  No ☐

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☑  No ☐

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: Court of Criminal Appeals Alabama, Montgomery.

   Docket or case number (if you know): _____

   Date of the court's decision: Sept. 19, 2003

   Result (attach a copy of the court's opinion or order, if available): Denied without opinion

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Alabama Supreme Court, United States District Court of Alabama, Middle District

GROUND THREE: The sentence imposed was not authorized by law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner was convicted and sentenced of a crime which was not contained in the indictment, therefore the conviction and sentence is illegal.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Appelate attorney filed brief without ever consulting with petitioner.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 32 Petition

Name and location of the court where the motion or petition was filed: Circuit Court of Russell County, Alabama

Docket or case number (if you know): CC-00-529.61
Date of the court's decision: June 20, 2003
Result (attach a copy of the court's opinion or order, if available): DENIED

(3) Did you receive a hearing on your motion or petition?
   Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?
   Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Court of Criminal Appeals Montgomery, Alabama
Docket or case number (if you know): 
Date of the court's decision: Sept. 19, 2003
Result (attach a copy of the court's opinion or order, if available): Denied without opinion

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Alabama Supreme Court, United States District Court of Alabama, Middle District.

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑  No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____
_____
_____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☒  No ☐

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   _____
   _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

   _____
   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☒  No ☐

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. Petitioner filed a notice of appeal in the United States District Court of Alabama, for the Middle District, filed Aug 17, 2004 no 3:04-CV-782-F, Denied Sept 10, 2004 as time barred

_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: __Wayne Johnson__
    (b) At arraignment and plea: __Wayne Johnson__
    (c) At trial: __Wayne Johnson__
    (d) At sentencing: __Wayne Johnson__
    (e) On appeal: __Jeremy Armstrong__
    (f) In any post-conviction proceeding: __N/A__
    (g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____
    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

A. The state created a impediment by sending petitioner to a private institution due to over crowding in Alabamas department of correction there petitioner was without a law library. (1)(B)*

B. Trial court lacked proper subject matter jurisdiction because the court convicted petitioner of a crime that was not included in the indictment, and petitioner did object to the submission of the offense at trial. Therefore petitioner may petition court for habeas relief at anytime.

C. The trial court made various errors that violated numerous substantial constitutional rights of petitioner that not to here this petition would be a serious misscarriage of justice.

D. Petitioner was acquitted of intentional murder, the only issue for which petitioner was tried. To not here this petition will result in a serve misscarriage of justice....

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: Writ of Habeas corpus, to vacate the conviction and sentence.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 6-26-07 _____ (month, date, year).

Executed (signed) on 6-26-07 (date).

*Susan E. Mahone*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

\* \* \* \* \*

Dean E. McHone
214209-G2-24B
P.O. Box 5107
Union Springs, AL. 36089

Clerk, United States District Court
for the Middle District of Alabama
P.O. Box 711
Montgomery, AL. 36101

