Case Number

RECEIVED

2007 JUN 28 A 10:58

ID   YR   NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

United States District Court For the Middle District, Alabama
[Insert appropriate court]

DEAN E. MAHONE
(Petitioner)

vs.

WILLIE Thomas, Warden
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, DEAN E. MAHONE, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____    No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   March, 2000, $1,3000

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____    No ✓

   b. Rent payments, interest, or dividends?
      Yes _____    No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes _____    No ✓

   d. Gifts or inheritances?
      Yes _____    No ✓

   e. Any other sources?
      Yes _____    No ✓

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No ✓

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on JUNE 14, 2007.
                                  (Date)

                                         _Dean Mahone_
                                         Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0.17 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said BULLOCK COUNTY CORR. FACILITY institution:

6-22-07
DATE

                             _J. Cunningham_
                             AUTHORIZED OFFICER OF INSTITUTION

```
              STATE OF ALABAMA
           DEPARTMENT OF CORRECTIONS
           BULLOCK CORRECTIONAL FACILITY


AIS #: 214209     NAME: MAHONE, DEAN           AS OF: 06/22/2007

                  # OF        AVG DAILY        MONTHLY
        MONTH     DAYS        BALANCE          DEPOSITS
        ----------------------------------------------------

        JUN       8           $2.45            $0.00
        JUL       31          $2.45            $0.00
        AUG       31          $2.45            $0.00
        SEP       30          $2.45            $0.00
        OCT       31          $2.45            $0.00
        NOV       30          $2.45            $0.00
        DEC       31          $2.45            $0.00
        JAN       31          $2.45            $0.00
        FEB       28          $9.59            $100.00
        MAR       31          $14.22           $0.00
        APR       30          $3.93            $0.00
        MAY       31          $3.93            $0.00
        JUN       22          $1.07            $0.00
```