IN THE UNITED STATES DISTRIT COURT
FOR THE MIDDLE DISTRIT OF ALABAMA
EASTERN DIVISION

DEAN E MAHONE, #214209
   PETITIONER,

-V-

                          CASE NO: 3:07-CV-600-WKM

WILLIE THOMAS, WARDEN,
   PESPONDENT,

      OBJETION TO MMAGISTRATE JUDGE'S ORDER TO DISMISS

Petitioner, would ask that the Court review the Order entered on the 8th day of June, 2007 Mahone v. Thomas Case No: 3:07-CV-500-MEF thus in said Order the Court did not in fact direct Petitioner to return the completed form to the Court on or before the 22nd day of June, 2007 (See Doc 4-1 at 1),

Petitioner ask this Court to review the date in which Petitioner received the Order of the 13th day of June, 2007 on which date he did sign for it Petitioner then completed said form and sent it to Prison Officials to be ompleted here at the Bullock County Correctional Facility by the Business Office This was done on the 14th day of June, 2007 thus Prison Officials did not complete said form until the 22nd day of June, 2007 (Please check date on form), because what the form won t show is that Petitioner did not receive form from Prison Officials until the 26th day of June, 2007 12 days after they received it this only after Petitioner addressed Prison Officials of untardiness,

Petitioner was told by Prison Officials that the Court need to realize just where Petitioner wasand that the untardiness is due to the problem over overcrowding in the Alabama Department of Corrections, thus Petitioner prays this Honorable Court consider the problem with Prison Officials having overcrowded work or case load within the Department of Corrections here at the Bullock County Correctional Facility,

For this is due to no fault of said Petitioner Dean E Mahone

Petitioner contend that he has in fact been diligent in his pursuit of justice that the real problem lies within the Alabama Department of Corrections being overcrowded therefore for the Court not to grant this Petition will result in a serve miscarriage of justice,

## CONCLUSION

The original Order dated on the 8th day of June, 2007 did not direct Petitioner to return on or before the 22nd day of June, 2007 nor should Petitioner be held in accountable for the lastiness of the Alabama Department of Corrections.

Respectfully Submitted,

Dean E. Mahone 214209
Dean E Mahone, Petitioner
Bullock Correctional Facility
Post Office Box 5107
Union Springs, Alabama 36089-5107

## CERTIFICATE OF SERVICE

I, Dean E. Mahone certify that I have this 10th day of July, 2007 served a copy of this Objection on the Respondent via United States Mail postage prepaid and addressed to the following, by placing same in the Legal Mail here at the Bullock County Correctional Facility.

Dean E. Mahone 214209
Dean E Mahone, Petitioner
Post Office Box 5107
Union Springs, Alabama 36089-5107



DEAN L. MAHONE #214209
BULLOCK CORRECTIONAL FACILITY
POST OFFICE BOX 5107
UNION SPRINGS, ALABAMA 36089

MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711